**DIANNE C. KERNS, ESQ.**
**CHAPTER 13 TRUSTEE**
PMB #413
7320 NORTH LA CHOLLA #154
TUCSON AZ 85741
Telephone (520)544-9094
Fax (520)544-7894

THIS ORDER IS APPROVED.

Dated: February 4, 2016

Brenda Moody Whinery, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) CHAPTER 13 PROCEEDINGS |
| JEAN FAHY | ) Case No.: 4:10-bk-24751-BMW |
| DUSTIN KRAUSE | ) **ORDER FOR PAYMENT OF** |
| | ) **UNCLAIMED FUNDS TO THE** |
| | ) **U.S. BANKRUPTCY COURT** |
| Debtors | ) |

UPON APPLICATION OF Dianne C. Kerns, Esq., Standing Chapter 13 Trustee, and good cause appearing;

IT IS HEREBY ORDERED that the Trustee pay over the amount of $5376.90 to the Clerk of the United States Bankruptcy Court pursuant to Bankruptcy Rule 3010, and Section 347(a) of the Bankruptcy Code.

_____

SIGNED AND DATED ABOVE
_____